1 | LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
2 | LAW OFFICES OF LYNN HUBBARD
12 WILLIAMSBURG LANE
3 | CHICO, CALIFORNIA 95926
Telephone:  (530) 895-3252
4 | Fax:  (530) 894-8244

5 | Attorneys for Plaintiff

6

7 | KRISTINA LAUNEY, SBN 221335
SEYFARTH SHAW
8 | 400 CAPITOL MALL, SUITE 2350
SACRAMENTO, CALIFORNIA 95814
9 | Telephone: (916) 448-0159
Fax: (916) 558-4839

10 | Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DORAN, | Case No. CIV. S-07-01951-LEW |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| PETRO STOPPING CENTERS, LP dba PETRO T STORE #9, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JERRY DORAN, and defendant, PETRO STOPPING CENTERS, LP, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: February 28, 2008    LAW OFFICES OF LYNN HUBBARD

/s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: February 27, 2008    SEYFARTH SHAW

/s/ Kristina Launey
KRISTINA LAUNEY
Attorney for Defendant

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-07-01951-LEW, is hereby dismissed with prejudice.

Dated: 02/28/2008

/s/ Ronald S. W. Lew
Hon. Ronald S. W. Lew
United States District Court Judge